# NIXON PEABODY LLP
## ATTORNEYS AT LAW

437 Madison Avenue
New York, New York 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Adam B. Gilbert
Direct Dial: (212) 940-3004
Direct Fax: (866) 780-0178
E-Mail: agilbert@nixonpeabody.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/11

January 24, 2011

**BY FACSIMILE (212) 805-6191**

Hon. Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Gregory Kahn v. ThomasLloyd Group PLC*, 10-CV-3080 (BSJ)

Dear Judge Jones:

      We represent defendant ThomasLloyd Group PLC in the above matter. Your Honor had asked counsel to provide a status report on or before January 28, 2011.

      I am pleased to report that the parties have executed and delivered a settlement agreement (the "Agreement"), which resolves all of the issues in the case.

      Paragraph 2 of the Agreement calls for plaintiff to seek immediate dismissal of the case with prejudice, with the Court retaining jurisdiction solely for purposes of the enforcement of the Agreement through a consent judgment in the event of an uncured default by defendant.

      I believe that it would be sufficient for you to note via endorsement on this letter that the matter has been settled and that the file should be closed, with the Court retaining jurisdiction solely for the limited enforcement purposes contemplated by the Agreement.

Respectfully yours

Adam B. Gilbert

*So Ordered; This case is dismissed with prejudice. The Court shall retain jurisdiction for enforcement of the settlement agreement by*

Barbara S. Jones
U.S.D.J. 01/24/11

cc: Donald J. Kravet, Esq., by email